United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 13, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 05-40508
Summary Calendar
_____

LINDA F. JOHN,

Plaintiff-Appellant,

versus

CLEAR LAKE REGIONAL MEDICAL
CENTER, INC.,

Defendant-Appellee.

Appeal from the United States District Court for
the Southern District of Texas, Galveston
(USDC No. 05-40508)
_____

Before REAVLEY, DAVIS and PRADO, Circuit Judges.

PER CURIAM:*

The judgment of the district court is affirmed for these reasons:

1.     The court did not abuse its discretion by denying a continuance for

discovery.  The failure of counsel to take the deposition earlier or respond

to notices of the pending motion for summary judgment do not excuse the

_____

   * Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.

delay. And no particular reason was given to explain the need for the late deposition.

2. The deposition was not filed within the discovery period. Plaintiff did not suggest to the district court or this court any material evidence obtained by the Walker deposition.

AFFIRMED.